1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRAFT FOODS GLOBAL, INC. and KRAFT FOODS GLOBAL BRANDS LLC,<br><br>             Plaintiffs,<br><br>       vs.<br><br>VANLAW FOOD PRODUCTS, INC.,<br><br>             Defendant. | CASE NO. 11-cv-06365 DMG (JEMx)<br><br>**ORDER RE STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii), WITH PREJUDICE [62]** |
| VANLAW FOOD PRODUCTS, INC.,<br><br>             Defendant and Third-Party Plaintiff,<br><br>       vs.<br><br>SAFEWAY INC.,<br><br>             Third-Party Defendant. | |

The Court, having reviewed defendant Vanlaw Food Products, Inc. and plaintiffs Kraft Foods Global, Inc. and Kraft Foods Global Brands LLC's (collectively "the Parties")  Stipulation of Dismissal Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), With Prejudice, hereby finds that good cause exists for granting the stipulated dismissal.

**THEREFORE, IT IS HEREBY ORDERED** that:

1. The above-captioned action ("the Action") is dismissed in its entirety <u>with prejudice</u> as to Vanlaw Food Products, Inc.;

2. Each party shall bear its own attorneys' fees and costs incurred in connection with this Action; and

3. Nothing within the present dismissal shall be deemed to apply to Third-Party Defendant Safeway Inc. in the Action.

**IT IS SO ORDERED.**

Dated:   February 23, 2012

_____
DOLLY M. GEE
United States District Judge